**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LORI CHAVEZ-DEREMER, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,<br><br>Petitioner,<br><br>v.<br><br>FIDELIS TAX AND ACCOUNTING, LLC,<br><br>Respondent. | : | Civ. Action No. 1:26-cv-268 |

**PETITION TO ENFORCE ADMINISTRATIVE SUBPOENA**

1. Petitioner Lori Chavez-DeRemer, Secretary of Labor, United States Department of Labor (the "Secretary"), through her undersigned counsel, hereby asserts:

2. This action is brought to compel Respondent Fidelis Tax and Accounting, LLC ("Fidelis"), to comply with subpoenas issued by the Deputy Regional Director of the Philadelphia Region of the Employee Benefits Security Administration ("EBSA"), United States Department of Labor, in an investigation being conducted under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 *et seq.* ("ERISA").

3. The Court has jurisdiction under Section 9 of the Federal Trade Commission Act, 15 U.S.C. § 49, as made applicable by Section 504(c) of ERISA, 29 U.S.C. § 1134(c), and under ERISA Section 502(e)(1), 29 U.S.C. § 1132(e)(1).

4. Fidelis has an office at 1125 West Street, Suite 234, Annapolis, MD 21401. Accordingly, venue is proper under ERISA Section 502(e), 29 U.S.C. § 1132(e)(2).

5. Andrew J. Blank, an EBSA Investigator, is assigned to an investigation of Fidelis to determine whether any violations of Title I of ERISA have occurred or are about to occur with respect to the Fidelis Tax and Accounting, LLC 401(k) Plan (the "Plan"), an ERISA-covered employee benefit plan that Fidelis sponsors for its employees and for which it serves as the Plan Administrator. Declaration of Andrew J. Blank, attached hereto as **Exhibit 1** ("Blank Decl."), ¶ 2.

6. On December 15, 2025, Norman Jackson, the Deputy Regional Director for the Philadelphia Regional Office of EBSA, issued two Administrative Subpoenas (the "Subpoenas") to Fidelis. A true and correct copy of each Subpoena is attached hereto as **Exhibits 2 and 3**. The Subpoenas directed Fidelis to appear at 10:00 a.m. on January 5, 2026[1] at EBSA's office in Silver Spring, Maryland, and to produce records as identified in the requests listed in the attachments to the Subpoenas. EBSA served the Subpoenas on Fidelis by certified mail on December 19, 2025 at 3:14 p.m. EST. Blank Decl., ¶ 5. The issuance and service of the Subpoena are authorized by Section 504 of ERISA, 29 U.S.C. § 1134(a)(1) and (c).

7. The Subpoena seeks production of materials bearing on whether Fidelis is complying with ERISA with respect to the Plan. Blank Decl., ¶¶ 8–9, 14–15.

8. Dennis Chris Winans, Fidelis' owner, confirmed receipt of the Subpoenas. Blank Decl. ¶ 10. Mr. Winans requested an extension of time to respond to the Subpoenas to January 12, 2026, which EBSA granted. *Id*.

[1] The Company Subpoena erroneously directed to Fidelis to comply by December 5, 2025. Exhibit 2 at p. 3. Investigator Blank spoke with representatives of Fidelis and confirmed that the correct compliance date was January 5, 2026, the date set in the Plan Subpoena to Fidelis (Exhibit 3). Blank Decl., ¶ 7.

9. Fidelis and Mr. Winans have since ceased communication with the Secretary's representatives. Investigator Blank contacted Mr. Winans again on January 13, 2026 via email and phone. Blank Decl., ¶ 12. The Secretary's counsel contacted Mr. Winans by email and by phone on January 14, 2026 and January 16, 2026. As of this filing, Mr. Winans has not responded to any of these contact attempts.

10. Despite confirming receipt of the Subpoenas and receiving an extension to respond, Fidelis has failed to fully respond to the Subpoenas. Blank Decl., ¶¶ 13, 16. Without full production, EBSA cannot complete its investigation and ascertain whether Fidelis is violating ERISA with respect to the Plan. *Id.*, ¶ 16. Because Fidelis is defying the Subpoenas, notwithstanding the Secretary's efforts to facilitate compliance (*id.*, ¶ 15), she respectfully requests that the Court convene a show-cause hearing, and, if Fidelis cannot demonstrate cause, order full and prompt compliance with the Subpoenas.

WHEREFORE, for all the reasons set forth herein, in the accompanying Memorandum of Law, and the other documents supporting this Petition, the Secretary respectfully requests that this Court issue an Order requiring Fidelis to appear on a date certain to show cause, to thereafter promptly produce the records requested in the Subpoenas, and to grant the Secretary such other relief as may be necessary and appropriate.

Date: January 22, 2026

Respectfully Submitted,

**UNITED STATES DEPARTMENT OF LABOR**

Jonathan Berry
Solicitor of Labor

Samantha N. Thomas
Regional Solicitor

Mailing Address:

U.S. Department of Labor
Office of the Regional Solicitor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103-2968

*/s/ Alejandro A. Herrera*

Alejandro A. Herrera
Acting Regional Counsel for ERISA
PA 326897; NY 5235601

(215) 861-5136 (voice)
(215) 861-5162 (fax)

herrera.alejandro.a@dol.gov

*Counsel for Petitioner*