**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

LORI CHAVEZ-DEREMER,

*Petitioner*,

v.

FIDELIS TAX AND ACCOUNTING, LLC,

*Respondent*.

Case No. 26-cv-268

**ORDER**

On January 22, 2026, Petitioner Lori Chavez-Deremer, Secretary of Labor, initiated this suit to enforce administrative subpoenas issued by the Deputy Regional Director of the Philadelphia Region of the Employee Benefits Security Administration, United States Department of Labor against Respondent Fidelis Tax and Accounting, LLC. ECF No. 1. Respondent was served on February 18, 2026. ECF No. 4. The deadline for Respondent to serve an answer, motion, or other response was March 11, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). As of the date of this Order, no responsive pleading has been filed by Respondent.

Accordingly, it is so ORDERED that, **within 14 days of this Order**, Respondent Fidelis Tax and Accounting, LLC shall show cause why it should not be required to produce all responsive information within its possession that is responsive to the requested listed in the attachments to the two Administrative Subpoenas issued by the Employee Benefits Security Administration, United States Department of Labor to Fidelis Tax and Accounting, LLC on December 15, 2025. Respondent is further ORDERED to show cause as to why this Court should not grant the Secretary's Petition to Enforce Administrative Subpoena in light of Respondent's failure to respond before

the deadline.

Date: March 12, 2026

***/s/***
Adam B. Abelson
United States District Judge