**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LORI CHAVEZ-DEREMER, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | : | |
| Petitioner, | : | |
| v. | : | Case No. 1:26-cv-268 |
| FIDELIS TAX AND ACCOUNTING, LLC, | : | |
| Respondent. | : | |

**ORDER**

On this 1st day of April, 2026, upon consideration of the Secretary's Petition to Enforce Administrative Subpoena (ECF No. 1), and no response to the Petition or the Order to Show Cause (ECF No. 6) having been filed, it is hereby **ORDERED** that the Petition is **GRANTED**.

Respondent Fidelis Tax and Accounting, LLC shall produce all responsive information within its possession that is responsive to the requests listed in the attachments to the two Administrative Subpoenas issued by the Employee Benefits Security Administration, United States Department of Labor to Fidelis Tax and Accounting, LLC on December 15, 2025. Respondent shall make this production to the Employee Benefits Security Administration within **twenty-one** (**21**) **days** of this Order.

*/s/*

ADAM B. ABELSON
UNITED STATES DISTRICT JUDGE