**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SECRETARY OF LABOR,
U.S. DEPARTMENT OF LABOR,

Petitioner,

v. ) Case No. 26-cv-268

FIDELIS TAX AND ACCOUNTING, LLC,

Respondent.

**CERTIFICATE OF SERVICE**

On April 1, 2026, I sent electronic copies of the Court's Order (Dkt. 8) to Respondent Fidelis Tax and Accounting, LLC, via electronic mail, to dcwinans@fidelis.tax and via mail to:

Fidelis Tax and Accounting, LLC
1125 West Street, Suite 234,
Annapolis, MD 21401

Respectfully Submitted,

Jonathan Berry
Solicitor of Labor

Samantha N. Thomas
Regional Solicitor

Alejandro A. Herrera
Acting Regional Counsel for ERISA

*/s/ Edwin Ferguson*
Senior Trial Attorney

Mailing Address
U.S Department of Labor
Office of the Regional Solicitor
1835 Market Street
Mailstop SOL/22
(215) 861-5121 (voice)
(215) 861-5162 (fax)
Ferguson.edwin.m@dol.gov

Date: April 1, 2026